**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
HILARY BAILEY,

                    Plaintiff,         17 **CIVIL** 9973 (KMK)

       -against-                    **JUDGMENT**

MOUNT VERNON CITY SCHOOL
DISTRICT, et al.,
                    Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 30, 2020, Defendants' motion for summary judgment with respect to all of Plaintiff's claims is granted, and accordingly, judgment is entered for Defendants; on all federal claims; accordingly, the case is closed.

**Dated:** New York, New York
          March 31, 2020

                                                              **RUBY J. KRAJICK**
                                                 _____
                                                               **Clerk of Court**
                           **BY:**   _____
                                                                 **Deputy Clerk**